UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-30252
98-CV-322-R
Summary Calendar

_____

LYNN BLADES HORNE; GREGG HORNE,

                                             Plaintiffs-Appellees,

versus

TRAVELERS PROPERTY CASUALTY COMPANY; ET AL,

                                             Defendants,

TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,

                                             Defendant-Appellant.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
_____

December 1, 1999

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Appellant challenges only the district court's failure to grant judgment as a matter of law on plaintiffs' claim that the company acted arbitrarily and capriciously in refusing to pay their homeowners' insurance promptly because it suspected the plaintiffs of arson. We have reviewed the briefs and pertinent portions of the record and agree for the reasons stated by the district court that question of fact were raised by the claim, the questions were

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

properly submitted to the jury, and the jury's verdict is unassailable.

The judgment is <u>AFFIRMED</u>.